

# Fourth Court of Appeals
## San Antonio, Texas

April 13, 2020

No. 04-18-00694-CV

Paul D. **RICE** and M. Susan Rice,
Appellants

v.

Charles C. **HICKERSON** and Eva M. Hickerson,
Appellees

From the 452nd District Court, Mason County, Texas
Trial Court No. 175739
Honorable Robert Rey Hofmann, Judge Presiding

# O R D E R

On March 25, 2020, this court issued its opinion and judgment in this appeal. A motion for rehearing was due on April 9, 2020. *See* TEX. R. APP. P. 49.1

On the due date, Appellants filed a motion for a twenty-nine-day extension of time to file a motion for rehearing.

Appellants' motion is GRANTED; the motion for rehearing is due on May 8, 2020.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of April, 2020.

_____
Michael A. Cruz,
Clerk of Court